FILED

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0367

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0367

CITY OF MISSOULA,

      Plaintiff and Appellee,

  v.

BRIANNA NICOLE RANA,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 29, 2022, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 24 2022